

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-14-01031-CR

LAKEISHA SCOTT, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the 263rd District Court of Harris County.   (Tr. Ct. No. 1387553).

This case is an appeal from the judgment signed by the court below on August 23, 2013.   After inspecting the record of the court below, it is the opinion of this Court that it has no jurisdiction over the appeal.   It is therefore **CONSIDERED, ADJUDGED, and ORDERED** that the appeal be dismissed.

The Court **orders** that this decision be certified below for observance.

Judgment rendered December 1, 2015.

Per curiam opinion delivered by panel consisting of Justices Higley, Bland, and Lloyd.